KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:      (702) 678-6700
Facsimile:      (702) 678-6767
E-Mail:          advocate@kconnollylawyers.com
*Former Attorney for Defendant, Besart Hoxha*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>BESART HOXHA,<br><br>                         Defendants. | 2:17-CR-00306-JCM-VCF-9 |

## MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST

COMES NOW, former counsel for Defendant BESART HOXHA, and submits this Motion to Remove Attorney from Electronic Service List.

DATED this  19th  day of January 2023.

                         **KAREN A. CONNOLLY, LTD.**


                         */s/ Karen A. Connolly*
                         KAREN A. CONNOLLY
                         6600 W. Charleston Blvd., Ste. 124
                         Las Vegas, NV 89146
                         Telephone:      (702) 678-6700
                         *Former Attorney for Defendant, Besart Hoxha*

/ / /

/ / /

/ / /

/ / /

Motion to Remove Attorney from Electronic Service List.wpd

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89102
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

**KAREN A. CONNOLLY, LTD.**
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89102
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

## MEMORANDUM OF POINTS AND AUTHORITIES

On January 30, 2018, a grand jury in the District of Nevada returned the Second Superseding Indictment ("the Indictment") against BESART HOXHA, among others.   The Indictment charged HOXHA with, *inter alia*, Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d), alleging that the Defendants conspired to participate in the conduct of the affairs of the Infraud Organization through a pattern of racketeering activity.  On September 9, 2022, HOXHA was extradited from Kosovo and arrived in the District of Nevada.  On September 12, 2022, HOXHA had his initial appearance before the Court and undersigned counsel was appointed to represent him.  On November 15, 2022 a Substitution of Attorney was filed by Richard A. Schonfeld, Esq.

Accordingly, since HOXHA has retained counsel, it is respectfully requested that undersigned counsel be removed from the electronic service list.

DATED this  19th  day of January 2023.

**KAREN A. CONNOLLY, LTD.**


  */s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:     (702) 678-6700
*Former Attorney for Defendant, Besart Hoxha*


IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

1-19-2023
DATED _____

Motion to Remove Attorney from Electronic Service List.wpd

1

## **CERTIFICATE OF ELECTRONIC SERVICE**

2         The undersigned hereby certifies that she is an employee of the law offices of KAREN A.

3 CONNOLLY, LTD., and is a person of such age and discretion as to be competent to serve papers.

4         That on January 19, 2023, she served an electronic copy of the above and  foregoing,

5 ***Motion to Remove Attorney from Electronic Service List*** through the PACER system.

6

7

8                         */s/ Shaeley Foster*

9                       an Employee of KAREN A. CONNOLLY, LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**KAREN A. CONNOLLY, LTD.**
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89102
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

Motion to Remove Attorney from Electronic Service List.wpd