DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorneys for Defendant, *BESART HOXHA*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:17-cr-306-JCM-VCF |
| v. ) | |
| BESART HOXHA, et al. ) | |
| Defendant. ) | |

**STIPULATION AND [          ] ORDER TO CORRECT JUDGMENT REGARDING CREDIT FOR TIME SERVED IN FOREIGN CUSTODY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through DAVID L. JAFFE, ESQ., Chief, United States Department of Justice Violent Crimes and Racketeering Section, KELLY PEARSON, ESQ., and CHAD W. MCHENRY, ESQ., Trial Attorneys; and the Defendant, BESART HOXHA ("Mr. Hoxha"), by and through his attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD, and pursuant to Fed. R. Crim. P. 35 and Fed. R. Crim. P. 36, as follows:

1.      Defendant Hoxha was sentenced on December 11, 2023. At the sentencing, the parties mistakenly calculated the foreign custody credit and the Court imposed 112 days of credit for

time served in foreign custody. The Judgment was entered on December 13, 2023 (Dkt. 1134). The parties stipulate and agree that the correct number of days in foreign custody is 198 DAYS (February 6, 2018-May 2, 2018 (86 days); April 13, 2022-May 5, 2022 (23 days); and June 13, 2022-September 9, 2022 (89 days). It should be noted that the Pre-Sentence Report correctly referenced Defendant Hoxha's time in foreign custody. *See* PSR at p. 2.

Accordingly, the parties stipulate and agree that the Judgment and Commitment Order should be amended to correct that Defendant Hoxha is entitled to 198 DAYS credit for time served while in foreign custody, which is in addition to all credit for time served while in custody in the United States. The parties further stipulate and agree that the District Court shall maintain jurisdiction to address any additional credit issues, and that the Court and the parties intend that Defendant Hoxha receive full credit for all time served, including for all time spent in custody in foreign custody and in the United States.

**DATED** this 28th day of December, 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

DAVID L. JAFFE, ESQ.
Violent Crimes and Racketeering Section

/s/ Kelly Pearson
KELLY PEARSON, ESQ.
CHAD W. MCHENRY, ESQ.
Trial Attorneys

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
RICHARD A. SCHONFELD, ESQ.
Attorneys for Defendant, *BESART HOXHA*

2

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorneys for Defendant, *BESART HOXHA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:17-cr-306-JCM-VCF |
| v. | ) | |
| BESART HOXHA, et al. | ) | |
| Defendant. | ) | |

## ORDER CORRECTING JUDGMENT REGARDING CREDIT FOR TIME SERVED IN FOREIGN CUSTODY

Having considered the Stipulation of the Parties, with good cause being shown, and pursuant to Fed. R. Crim. P. 35, and Fed. R. Crim. P. 36, the Court hereby finds and Orders as follows:

**IT IS HEREBY ORDERED** that the Judgment and Commitment Order in this case shall be amended to correct that Defendant Hoxha is entitled to 198 DAYS credit for time served while in foreign custody, which is in addition to all credit for time served while in custody in the United States.

3

   **IT IS FURTHER ORDERED** that this Court shall maintain jurisdiction to address any additional credit issues, and that the Court intends that Defendant Hoxha receive full credit for all time served, including for all time spent in foreign custody and in the United States.

   **IT IS SO ORDERED.**

   DATED January 3, 2024.

   _____
   **UNITED STATES DISTRICT JUDGE**

Submitted by:

/s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant, BESART HOXHA